MS Word

**FORM 2**
**COVER SHEET**

RECEIVED
NOV 5 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
MANOR CARE, INC. (F/K/A/ HCR MANOR CARE, INC. and Affiliated Subsidiaries, et al. (*See attached list*)
If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): ROBERT T. CARNEY

Firm Name: O'MELVENY & MYERS LLP

Post Office Box:

Street Address: 1625 EYE ST., NW

City-State-Zip: WASHINGTON, DC 20006

Telephone & Facsimile Numbers: (202)383-5317 / (202)220-5414

Is the attorney of record admitted to the Court of Federal Claims Bar? ☒ Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ☒ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 1 0
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

RECEIVED
OVER THE COUNTER
NOV 5 2007
THE OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Agency Identification Code: T R E
See attached sheet for three-digit codes.

Amount Claimed: $3,427,297
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☒ Yes ☐ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ☒ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.