**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

FILED
NOV 5 2007
U.S. COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANOR CARE, INC. (F/K/A/ HCR MANOR CARE, INC.) and Affiliated Subsidiaries,<br><br>and<br><br>HCR MANOR CARE, INC. and Affiliated Subsidiaries,<br><br>and<br><br>MANOR CARE OF AMERICA, INC. and Affiliated Subsidiaries,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 07-776 T |

**RULE 7.1 DISCLOSURE STATEMENT**

In accordance with Rule 7.1, Plaintiffs, Manor Care, Inc. and Affiliated Subsidiaries; HCR Manor Care, Inc. and Affiliated Subsidiaries; and Manor Care of America, Inc. and Affiliated

Subsidiaries hereby state that no parent corporation or publicly held corporation owns 10% or more of their respective stocks.

Respectfully submitted,

ROBERT T. CARNEY
Counsel for Petitioner
O'MELVENY & MYERS, LLP
1625 I St., N.W.
Washington, D.C. 20006
Telephone (202) 383-5317
Facsimile (202) 220-5414

Dated: November 5, 2007