***IN THE UNITED STATES COURT OF FEDERAL CLAIMS***

| | | |
|---|---|---|
| MANOR CARE, INC. ET AL | ) | |
| | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | **No. 07-776 T** |
| | ) | **Judge Lawrence M. Baskir** |
| | ) | **ADR Judge John P. Wiese** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of W.C. Rapp as attorney of record for the United States.

Service of all papers by the opposing party should be addressed as follows:

W.C. Rapp, Esquire
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D. C. 20044

December 13, 2007

s/W.C. Rapp

W.C. Rapp
U. S. Department of Justice Department
Tax Division
Court of Federal Claims Section
Voice (202) 307-0503
Fax (202) 514-9440
William.C.Rapp@usdoj.gov