## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **MANOR CARE, INC. (F/K/A/ HCR MANOR CARE, INC.) and Affiliated Subsidiaries, et al.** | ) | |
| **Plaintiffs,** | ) | **No. 07-776 T** |
| | ) | **The Honorable Lawrence M. Baskir** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER

Defendant, the United States, respectfully moves the Court for an enlargement of time of 30 days, from January 4, 2008, to and including February 3, 2008, within which to answer or otherwise respond to the Complaint. This is the first enlargement requested for this purpose.

As good cause therefor, defendant states that immediately upon receipt of the Complaint, defendant's attorneys forwarded a copy to the Office of Chief Counsel, Internal Revenue Service, along with a request to assemble the relevant files, and to prepare a written recommendation respecting the legal position which the Government should adopt.

Defendant's trial attorney received the legal recommendation, along with certain administrative files, upon his return to his office on Wednesday, January 2. These materials had been received on Friday, December 28. There has been insufficient time for our attorney to review the files and recommendation, and to draft a pleading responsive to the complaint, in the time that has elapsed. In addition, our attorney has been advised that the Office of Chief Counsel is continuing to review part of its recommendation, and will make a supplemental recommendation in the immediate future. The time requested herein is therefore necessary for defendant's attorneys to review the legal recommendation and associated files, and to draft a response to the Complaint.

We are authorized to state that counsel for plaintiff has no objection to this motion.

WHEREFORE, defendant prays its motion be granted.

Respectfully submitted,

s/ W. C. Rapp
W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0503*
*Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

EILEEN J. O'CONNOR
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
G. ROBSON STEWART
*Reviewer*

January 4, 2008

s/ David Gustafson
Of Counsel