# In the United States Court of Federal Claims

Case No. 07-776T
(Filed: January 7, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |
| **MANOR CARE, INC., et al,** | * |
| *Plaintiffs,* | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES OF AMERICA,** | * |
| *Defendant.* | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## ORDER

The Defendant's unopposed Motion for a 30-day Enlargement of Time to Answer Plaintiff's Complaint is hereby GRANTED. Plaintiff shall file its Answer /Response to Plaintiff's Complaint no later than **February 4, 2008.**

**IT IS SO ORDERED.**

s/ Francis M. Allegra
JUDGE FRANCIS M. ALLEGRA
for Judge Lawrence M. Baskir