# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **MANOR CARE, INC. (F/K/A/ HCR MANOR CARE, INC.) and Affiliated Subsidiaries,** | ) | |
| **and** | ) | |
| **HCR MANOR CARE, INC. and Affiliated Subsidiaries,** | ) | |
| **and** | ) | **No. 07-776 T** |
| | ) | **The Honorable Lawrence M. Baskir** |
| **MANOR CARE OF AMERICA, INC. and Affiliated Subsidiaries,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

## JOINT MOTION FOR ENLARGEMENT OF TIME

The parties jointly move the Court to enlarge the time within which they must file the Joint Preliminary Status Report by 60 days, from March 24, 2008, to and including May 23, 2008. This is the first enlargement requested for this purpose.

As good cause therefor, the parties state:

1. The Complaint herein was filed on November 5, 2007. Defendant timely filed its answer on February 1, 2008 pursuant to the Court's allowance of a 30-day extension of time in which to file.

2. On February 26, 2008, counsel for the parties met to discuss the status of the case, procedural issues, and the possibility of settlement. This discussion included a possible methodology for settlement, which the parties are considering.

3. As of this date, there has been no determination as to the possibility of settlement, and the prior discussions remain under consideration.

4. In addition to the foregoing, counsel for Plaintiffs recently decided to leave the private practice of law in favor of an in-house corporate position. This decision has been brought to the attention of counsel for Defendant, and will require the substitution of counsel for Plaintiffs in this case.

5. Counsel for Plaintiffs represents to the Court that he has begun the process of assisting Plaintiffs in the identification of substitute counsel, and is awaiting the final determination of Plaintiffs as to the new counsel. Counsel for Plaintiffs further represents to the Court that he anticipates that

this process will be completed, and an entry of appearance by new counsel, should be completed within 14 days.

6. Accordingly, the time requested herein is necessary for plaintiffs to secure substitute counsel, and to permit that new counsel to review the case in order that he might properly represent plaintiffs herein.

Respectfully submitted,

s/ Robert T. Carney
*ROBERT T. CARNEY*
*Attorney of Record*
*O'MELVENY & MYERS, LLP*
*1625 I St., N.W.*
*Washington, D.C. 20006*
*Telephone (202) 383-531*

Attorney for Plaintiffs

s/ W. C. Rapp
W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0503*
*Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
G. ROBSON STEWART
*Reviewer*

s/ G. Robson Stewart
Of Counsel

Attorneys for Defendant