# In the United States Court of Federal Claims

Case No. 07-776T
(Filed: March 26, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |
| **MANOR CARE, INC., et al,** | * |
| *Plaintiffs,* | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES OF AMERICA,** | * |
| *Defendant.* | * |
| | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## ORDER

The parties' **Joint Motion for a 60-day Enlargement of Time** filed March 24, 2008**, to file the Joint Preliminary Status Report**, is hereby **GRANTED**. **The Joint Preliminary Status Report** shall be filed no later than **May 23, 2008.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge