**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| MANOR CARE, INC. (F/K/A/ HCR MANOR CARE, INC.) and Affiliated Subsidiaries,<br><br>and<br><br>HCR MANOR CARE, INC. and Affiliated Subsidiaries,<br><br>and<br><br>MANOR CARE OF AMERICA, INC. and Affiliated Subsidiaries<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 07-776T<br>Judge Lawrence M. Baskir |

**MOTION TO SUBSTITUTE COUNSEL OF RECORD**

Pursuant to Rule 83.1(c)(4), Rules of the U.S. Court of Federal Claims, the plaintiffs herein move to substitute the following named attorney as counsel of record:

Gerald A. Kafka, Esq.
Latham & Watkins LLP
555 11th Street, N.W.
Washington, DC 20004-1304
Telephone: (202) 637-2198

The Affidavit of Appointment required by Rule 83.1(c)(4) is submitted herewith.

Respectfully submitted,

GERALD A. KAFKA, ESQ.
LATHAM & WATKINS LLP
555 11th Street, N.W.
Washington, D.C. 20004-1304
Telephone: (202) 637-2198

I consent to the allowance of this Motion.

ROBERT T. CARNEY, ESQ.
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006-4001
Telephone: (202) 383-5317

Dated: March 28, 2008

**AFFIDAVIT OF APPOINTMENT**

Under penalties of perjury, I certify that I have been appointed by an authorized officer of the plaintiffs herein to represent them in this matter, effective as of this date.

GERALD A. KAFKA, ESQ.
LATHAM & WATKINS LLP
555 11th Street, N.W.
Washington, D.C. 20004-1304
Telephone: (202) 637-2198

Dated: March 28, 2008