# In the United States Court of Federal Claims

Case No. 07-776T
(Filed: May 27, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**MANOR CARE, INC., et al,**
*Plaintiffs,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Plaintiffs' **Motion to Substitute Counsel of Record** filed March 28, 2008**, to substitute Gerald A. Kafka, Esq., in place of Robert T. Carney, Esq.,** is hereby **GRANTED**.

The Court is in receipt of the parties' Joint Preliminary Status Report filed on May 23, 2008, in which the parties request 60 days to engage in settlement discussions before the discovery period. Senior Judge John P. Wiese, the ADR Judge in this case, filed an Order on January 2, 2008, offering his assistance in this matter.

A **Joint Status Report shall be filed by August 29, 2008**, regarding the progress of settlement negotiations and proposing a schedule for further proceedings in this case if appropriate.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge