**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MANOR CARE, INC. (F/K/A/ HCR MANOR CARE, INC.) and Affiliated Subsidiaries,** | ) | |
| **and** | ) | |
| **HCR MANOR CARE, INC. and Affiliated Subsidiaries,** | ) | |
| **and** | ) | **No. 07-776 T** |
| | ) | **The Honorable Lawrence M. Baskir** |
| **MANOR CARE OF AMERICA, INC. and Affiliated Subsidiaries,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT**

Pursuant to the Order of May 27, 2008, the parties provide this report regarding the progress of settlement negotiations, and proposal for further proceedings.

Counsel for the parties met to discuss settlement on July 16. At that time, plaintiff's counsel informally outlined a proposal that would result in

resolution of all of the issues set out in the Complaint. At the same meeting, plaintiff provided to defendant's trial attorney certain documents and factual information. Since that time, defendant's trial attorney has discussed plaintiff's proposal with the Office of Chief Counsel, Internal Revenue Service. Attorneys in that office responsible for this case are conferring and are expected to provide additional advice to defendant's attorney.

Under the circumstances, the parties propose that they be required to provide a joint status report on or before October 28, setting out the progress of settlement, and proposing further proceedings.

Respectfully submitted,

s/ Gerald A. Kafka
*GERALD A. KAFKA*
*Attorney of Record*
*LATHAM & WATKINS, LLP*
*Suite 1000*
*555 Eleventh Street, N.W.*
*Washington, D.C. 20004-1304*
*Phone: (202) 637-2198*
*Fax: (202) 637-2201*
*gerald.kafka@lw.com*

Attorney for Plaintiffs

s/ W. C. Rapp
W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Phone: (202) 307-0503*
*Fax: (202) 514-9440*
*william.c.rapp2@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General*
STEVEN FRAHM
*Acting Chief,*
*Court of Federal Claims Section*
G. ROBSON STEWART
*Reviewer*

August 28, 2008

s/ Mary M. Abate
Of Counsel

Attorneys for Defendant