# In the United States Court of Federal Claims

Case No. 07-776T
(Filed: September 3, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
**MANOR CARE, INC., et al,**
*Plaintiffs,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

In accord with the parties' Joint Status Report filed August 28, 2008, this case is STAYED until further notice to allow parties to negotiate settlement.

A **Joint Status Report shall be filed by October 28, 2008**, and every 60 days thereafter, regarding the progress of settlement negotiations and proposing a schedule for further proceedings in this case if appropriate.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge